EDWARD T. FURNACE H-33245
CALIFORNIA TRAINING FACILITY
O-WING- 145

P.O. Box-689                                    Soledad, CA 93960-0689

OFFice oF the Clerk. U.S. Dist. Ct.
Norther District of CaliforNia
450 GoldEN GatE AvENue
SaN FraNcisco, CA 94102

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 1 3 2008

MAY 8th, 2008

ReI E. FurNace v. M-S. EvaNs. etal  case No. CO6-4229 mmc (PR)
E. FurNace v. P. SullivaN. etal ense No. C 07-4441 mmc (PR)

Dear Clerk oF the Court,
    I am ExPerieNciNg "created imPEDiments" by CTF staff that are
interfearing with my Ability to litiGate the Above cases. The Problem
is A DeNial oF meaNiNgFul Access to the legal library. I have beEN oN
two sEParAte Court DeaDliNes begiNiNg AroundD March 15, 2008. I
hAve oNly-beEN Able to Access the library twice iN that time. I have
Attempted to use A PagiNG system to have case law ForwardeD to me
to No AVAil.
    I have filed A ADmiNistrative APPeal log Number CTF-S-08-01374
oN 3-17-08 coNcerniNg this issue, AND they have FaileD to RetulN
my APPeal or correct the Problem. Yesterday 5.7-08 correctioNal
Floor staff iNFormed me that ADmiNistrative SegregatioN "Lt.
K. HoffmaN" iNstructen them to No loNger tAke ANy oF my legal
work For the PurPose oF coPyiNg or ANythiNg else.
    I belieVe that CTF is AttemPtiNg to sabotaGe my litiGatioN
Efforts AND ARE beiNg unDuly iNfluenceD by SVSP. I really DoN't
kNow what to Do other than briNg this to the AtteNtioN of the
court. The iNmate PagiNG system is NoN-existeNt. I Am uNAble to
PurchAse legal suPPlies or ORDER cases From the library unless
I hAPPeN to visit the library Physically.

-1-

2.

I have been told by CTF staff to 602 the issue. which I've
Done. Is there anyway I can Apply For a Court order instructing
CTF to cease obstructing my Access to the Court? That is All
I am Asking For because the legal library service here is Not
functioning. Thank You in advace For Your time and Patience in
this matter. Have a Peace filled Day.

VERY Truly Yours

Edd Furnace

EDD FuRNACE
Plaintiff. in PRO Se

