1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5781
    Fax:  (415) 703-5843
8   Email:  Jose.ZelidonZepeda@doj.ca.gov
   Attorneys for Defendants Sullivan, Soto and D. R.
9  Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EDWARD TERRAN FURNACE,<br><br>                               Plaintiff,<br><br>     v.<br><br>PAUL SULLIVAN, Correctional Officer, et al.,<br><br>                               Defendants. | C 07-4441 MMC<br><br>**STIPULATION STAYING DISCOVERY PENDING DISPOSITION OF DEFENDANTS' MOTION TO DISMISS;** [~~PROPOSED~~] **ORDER**<br><br>Judge:   The Honorable<br>             Maxine M. Chesney |
|---|---|

TO THE HONORABLE MAXINE M. CHESNEY:

Under Local Rule 7-12, the parties to this action stipulate to stay discovery in this matter until the Court rules on Defendants' motion to dismiss, which has been fully briefed and is under

///

///

Stipulation & [Proposed] Order Staying Discovery                                    E. Furnace v. P. Sullivan, et al.
                                                                                                                          C 07-4441 MMC

1

1  submission. This stay includes the outstanding responses to Plaintiff's second set of
2  interrogatories and second set of requests for production of documents, addressed to Defendant
3  D. R. Morales.
4      IT IS SO STIPULATED.
5
6  Dated: 6-3-08          For Plaintiff Edward T. Furnace:
7                          _____
                            Edward T. Furnace
8
9  Dated: 5/29/08          For Defendants Sullivan, Soto and D.R. Morales:
10                         _____
                            Jose A. Zelidon-Zepeda, Deputy Attorney General
11
12
13     PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
14
15  Dated:  June 12, 2008         _____
                                   THE HONORABLE MAXINE M. CHESNEY
16                                 United States District Judge
17
18  40259174.wpd
    SF2008400314
19
20
21
22
23
24
25
26
27
28

Stipulation & [Proposed] Order Staying Discovery                         E. Furnace v. P. Sullivan, et al.
                                                                          C 07-4441 MMC

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   E. Furnace v. P. Sullivan, et al.

Case No.:    C 07-4441 MMC

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 9, 2008, I served the attached

**STIPULATION STAYING DISCOVERY PENDING DISPOSITION OF DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Edward T. Furnace
H-33245
Correctional Training Facility
P. O. Box 689
O Wing 145
Soledad, CA 93960-0689

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 9, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Xiang | _(signature)_ |
| Declarant | Signature |