1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JAY C. RUSSELL
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5781
     Fax: (415) 703-5843
8  Email: Jose.ZelidonZepeda@doj.ca.gov
Attorneys for Defendants Sullivan, Soto and D. R. Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SULLIVAN, Correctional Officer, et al.,<br><br>Defendants. | C 07-4441 MMC<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER |

TO THE HONORABLE MAXINE M. CHESNEY:

On November 10, 2008, the Court issued an order granting in part Defendants' motion to dismiss the Complaint. The Court's November 10, 2008 Order directed Plaintiff to file an amended complaint, if he so choose, within 30 days of that order. Plaintiff filed two amended complaints, on January 5, 2009, and January 9, 2009. In light of this belated filing, the parties stipulate, under Local Rule 7-12, that the due date for Defendants' motion for summary judgment

1

is extended. Defendants' motion for summary judgment is due April 9, 2009. Plaintiff's response is due May 11, 2009. Defendants' reply is due May 26, 2009. Plaintiff further stipulates that the operative complaint is the amended complaint filed on January 9, 2009.

IT IS SO STIPULATED.

Dated: 1-22-09              For Plaintiff Edward T. Furnace:

                            _____
                            Edward T. Furnace

Dated: 1/22/09              For Defendants Sullivan, Soto and D.R. Morales:

                            _____
                            Jose A. Zelidon-Zepeda, Deputy Attorney General


PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:   January 26, 2009        _____
                                 THE HONORABLE MAXINE M. CHESNEY
                                 United States District Judge

2

Stip. Ext. Time for Summ. J. Mot. & [Proposed] Order (C 07-4441 MMC)

## CERTIFICATE OF SERVICE

Case Name:   **E. Furnace v. P. Sullivan, et al.**   No.:   **C 07-4441 MMC**

I hereby certify that on January 23, 2009, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

STIPULATION EXTENDING TIME FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT;
[PROPOSED] ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 23, 2009, I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Edward T. Furnace
**(H-33245)**
California State Prison - Corcoran
P. O. Box 8800
Corcoran, CA 93212
   *In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 23, 2009, at San Francisco, California.

S. Redd                                              /s/ S. Redd
Declarant                                           Signature

SF2008400314
20174462.wpd