1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
4  State Bar No. 227108
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone: (415) 703-5781
6    Fax: (415) 703-5843
     E-mail: Jose.ZelidonZepeda@doj.ca.gov
7  *Attorneys for Defendants*
   *P. Sullivan, J. Soto and D.R. Morales*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>                          Plaintiff,<br><br>     v.<br><br>PAUL SULLIVAN, Correctional Officer, et al.,<br><br>                          Defendants. | C 07-4441 MMC<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF EDWARD TERRAN FURNACE'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER**<br><br>Judge    The Honorable Maxine M. Chesney |

20  TO THE HONORABLE MAXINE M. CHESNEY:

21      The parties to this action stipulate, under Northern District Civil Local Rule 7-12, to extend

22  the due date for Plaintiff Edward Terran Furnace's opposition to Defendants' Motion for

23  / / /

24  / / /

---

1

Summary Judgment. The parties agree that the opposition shall now be due June 1, 2009. Defendants shall file a reply within 15 days after the opposition is filed.

IT IS SO STIPULATED.

For Plaintiff Edward Terran Furnace:

4-26-09
Dated

Edward T. Furnace

For Defendants P. Sullivan, J. Soto, and D. R. Morales:

4/29/09
Dated

Jose A. Zelidon-Zepeda
Deputy Attorney General

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

4-30-09
Dated

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

SF2008400314
20196195.doc

2

Stip. Ext.Time for Opp'n to MSJ; [Proposed] Order  (C 07-4441 MMC)