IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD TERRAN FURNACE,

        Plaintiff,

  v.

PAUL SULLIVAN, Correctional Officer, et al.,

        Defendants.
                         /

No. CV-07-4441 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED and judgment shall be entered in favor of all defendants.

Dated: April 13, 2010                                  Richard W. Wieking, Clerk

                                                                        By: Tracy Lucero
                                                                        Deputy Clerk