KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
NEAH HUYNH
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5781
  Fax: (415) 703-5843
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants Sullivan, Soto, and Morales*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **Edward T. Furnace,** <br><br> Plaintiff, <br><br> v. <br><br> **Sullivan, et al.,** <br><br> Defendants. | Case No. C 07-4441 MMC <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> (Fed. R. Civ. P. 41(a)(1)(A)(ii)) <br><br> **AND ORDER THEREON** |

    Plaintiff Edward T. Furnace and Defendants Sullivan, Soto, and Morales have resolved this case in its entirety. Therefore, the parties, through their respective counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

///

///

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4441 MMC)

| | | |
|---|---|---|
| 1 | Dated: 6/14/2013 | *[signature]* |
| 2 | | Victoria L. Weatherford |
| | | O'Melveny & Myers LLP |
| 3 | | *Counsel for Plaintiff* |

| | | |
|---|---|---|
| 5 | Dated: 6/14/13 | *[signature]* |
| | | Jose Zelidon-Zepeda |
| 6 | | Deputy Attorney General |
| | | *Counsel for Defendants* |

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **It is so ordered.**

Dated: June 14, 2013    *[signature]*
The Honorable Maxine M. Chesney
United States District Judge

SF2008400314
20702062.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4441 MMC)