KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
NEAH HUYNH
Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants Sullivan, Soto, and Morales*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Edward T. Furnace,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Sullivan, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 07-4441 MMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>**AND ORDER THEREON** |

　　　Plaintiff Edward T. Furnace and Defendants Sullivan, Soto, and Morales have resolved this case in its entirety.  Therefore, the parties, through their respective counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　Each party shall bear its own litigation costs and attorney's fees.

　　　It is so stipulated.

///

///

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4441 MMC)

Dated: 6/14/2013

Victoria L. Weatherford
O'Melveny & Myers LLP
*Counsel for Plaintiff*

Dated: 6/14/13

Jose Zelidon-Zepeda
Deputy Attorney General
*Counsel for Defendants*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **It is so ordered.**

Dated: June 14, 2013

The Honorable Maxine M. Chesney
United States District Judge

SF2008400314
20702062.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4441 MMC)